# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR. | § |
| | § |
| v. | §   CIVIL ACTION NO.   4:18cv722 |
| | §   Judge Mazzant |
| JOSEY/TRINITY MILLS, LTD., ET AL. | § |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**SIGNED this 8th day of February, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE